IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELI'EZER RE'UEL BEN-BINYAMIN,** | Case No. 2:18-cv-01015 KJM EFB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **J. BENAVIDEZ, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants Rackley, O'Conner, Hanley, Deal, Akemon, Hampton, and Ramirez's motion (ECF No. 40) to modify the discovery and dispositive motion deadlines set forth in the discovery and scheduling order dated April 6, 2020 (ECF No. 38), is **GRANTED**.

    1.    Defendants may conduct Ben-Binyamin's deposition and bring any motion to compel within ninety days;

    2.    Defendants may file a motion for summary judgment on administrative exhaustion grounds within ninety days; and

/////

/////

/////

/////

3. Dispositive motions shall be filed within sixty days of the final resolution of the motion for summary judgment on administrative exhaustion grounds.

**IT IS SO ORDERED.**

Dated:  August 10, 2020.

_____
The Honorable Edmund F. Brennan
United States Magistrate Judge