IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI'EZER RE'UEL BEN-BINYAMIN,<br><br>Plaintiff,<br><br>v.<br><br>J. BENAVIDEZ, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-01015-KJM-JDP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 45 |

Good cause appearing, defendants' motion to modify the deposition deadline set in the initial discovery and scheduling order dated April 6, 2020, ECF No. 38, and modified by the order dated August 10, 2020, ECF No. 41, is granted.

Defendants may conduct Ben-Binyamin's deposition and bring any motion to compel within 90 days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   November 12, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28