IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELI'EZER RE'UEL BEN-BINYAMIN,**<br><br>Plaintiff,<br><br>v.<br><br>**J. BENAVIDEZ, et al.,**<br><br>Defendants. | Case No. 2:18-cv-01015-KJM-JDP (PC)<br><br>~~[PROPOSED]~~ **ORDER** |

Good cause appearing, Defendants' motion to modify the discovery and scheduling orders, ECF No. 61, is GRANTED. The April 6, 2020 scheduling order, ECF No. 38, is modified to extend the deadline for filing dispositive motions to September 22, 2022.

IT IS SO ORDERED.

Dated:   August 24, 2021                          _____
                                                                  JEREMY D. PETERSON
                                                                  UNITED STATES MAGISTRATE JUDGE