1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10      ELI'EZER RE'UEL BEN-BINYAMIN,          Case No.  2:18-cv-01015-KJM-JDP (PC)

11                  Plaintiff,                 ORDER TO SHOW CAUSE WHY
                                               SANCTIONS SHOULD NOT BE IMPOSED
12            v.                               FOR FAILURE TO TIMELY FILE A
                                               RESPONSE TO PLAINTIFF'S CROSS-
13      C. RAMIREZ, *et al*.,                  MOTION FOR SUMMARY JUDGMENT

14                  Defendants.                ECF No. 73

15                                             FOURTEEN-DAY DEADLINE

16

17

18          On January 10, 2022, plaintiff filed a cross-motion for summary judgment.  ECF No. 73.

19   To date, defendants have not filed a response.

20          In cases where a party is incarcerated and proceeding without counsel, a responding party

21   is required to file an opposition or statement of non-opposition not more twenty-one days after the

22   date the motion is served.  E.D. Cal. L.R. 230(l).  Failure "to file an opposition or to file a

23   statement of no opposition may be deemed a waiver of any opposition to the granting of the

24   motion and may result in the imposition of sanctions."  *Id*.

25          Defendants will be ordered to show cause why sanctions should not be imposed for their

26   failure to timely file a response to plaintiff's motion.  ECF No. 54; *see* E.D. Cal. L.R. 110

27   ("Failure of counsel or of a party to comply with [the Local] Rules or any order of the Court may

28   be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

                                              1

within the inherent power of the Court.").

  Accordingly, it is hereby ORDERED that:

  1.  Defendants shall show cause, within fourteen days of the date of this order, why sanctions should not be imposed for their failure to timely file a response to plaintiff's motion.

  2.  Within fourteen days of this order, defendants shall file either an opposition or statement of non-opposition to plaintiff's motion.

  3.  Plaintiff may file a reply to defendants' opposition, if any, fourteen days thereafter.

  4.  Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' answer be stricken and their default entered.

IT IS SO ORDERED.


Dated:    May 26, 2022        _____
       JEREMY D. PETERSON
       UNITED STATES MAGISTRATE JUDGE

2