UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI'EZER RE'UEL BEN-BINYAMIN,<br><br>        Plaintiff,<br><br>    v.<br><br>C. RAMIREZ, et al.,<br><br>        Defendants. | No. 2:18-cv-01015-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR SUMMARY, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 64, 73, 77) |

      Plaintiff Eli'ezer Re'uel Ben-Binyamin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 26, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for summary judgment (Doc. No. 73) be denied and that defendants' motion summary judgment (Doc. No. 64) be granted. (Doc. No. 77.) The findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 7.) No objections have been filed and the time to do so has since passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 26, 2022 (Doc. No. 77) are adopted in full; and
2. Defendants' motion for summary judgment (Doc. No. 64) is granted;
3. Plaintiff's motion for summary judgment (Doc. No. 73) is denied; and
4. The Clerk of Court is directed to enter judgment in defendants' favor and close this action.

IT IS SO ORDERED.

Dated:  **September 6, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2